UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION



FILED
5-11-94

UNITED STATES OF AMERICA

v.

SHEILA A. HOLCOMB

Case No. 94-15-CR-OC-10
Cts. 1&2: 18 U.S.C. § 1709
(5 yrs./$250,000/both/
3 yrs. SR)
Ct. 3: 18 U.S.C. § 1029(a)(2)
(10 yrs./$50,000/both/
3 yrs. SR) 250,000

MF6 /2, 4

### INDICTMENT

The Grand Jury charges:

#### COUNT ONE

On or about November 22, 1993, at Ocala, in the Middle District of Florida, the defendant,

SHEILA A. HOLCOMB

while a Postal Service employee, did knowingly and willfully embezzle a letter, and AT&T Universal MasterCard, issued in the name of Cathy A. Williams, account number, 5398-7100-5199-9145 contained therein, which letter had come into defendant's possession intended to be conveyed by mail, that is, a letter addressed to Cathy A. Williams, 3621 N.E. 28th Court, Ocala, Fl 34479.

In violation of Title 18, United States Code, Section 1709.

## COUNT TWO

Between on or about March 16, 1994 and on or about March 26, 1994, at Ocala, in the Middle District of Florida, the defendant,

SHEILA A. HOLCOMB

while a Postal Service employee, did knowingly and willfully embezzle a letter, and Discover card credit card, issued in the name of Nancy C. Johnson, account number 6011-0040-1751-9394, contained therein, which letter had come into defendant's possession intended to be conveyed by mail, that is, a letter addressed to Nancy C. Johnson, 8238 S.W. 116th Street, Ocala, Florida 34481.

In violation of Title 18, United States Code, Section 1709.

## COUNT THREE

Between on or about November 28, 1993, and on or about March 26, 1994, at Orlando, in the Middle District of Florida,

SHEILA A. HOLCOMB

the defendant herein, knowingly and with intent to defraud, did use, and did aid and abet the of unauthorized access devices, that is, a AT&T Universal Card Services MasterCard, account number 5398 7100 5199 9145, issued to Cathy A. Williams, and a Discover Card, credit card, account number 6011 0040 1751 9394, issued to Nancy C. Johnson, and by such conduct did obtain, and aid and abet others in obtaining, things of value in an aggregate amount of $1,000 or

more, that is, approximately $1,573.60, and did thereby affect interstate commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

A TRUE BILL

_____
FOREMAN

LARRY H. COLLETON
United States Attorney

_____
MICHAEL F. GALLAGHER
Assistant United States Attorney

_____
BRIAN M. KANE, Managing
Assistant United States Attorney

No. _____

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

OCALA Division

## THE UNITED STATES OF AMERICA

vs.

SHEILA A. HOLCOMB

## INDICTMENT

18 USC 1709
18 USC 1029(a)(2)

A true bill.

_____
Foreperson

Filed in open court this 11th day.
of May A.D. 19 94

_____ Clerk

Bail, $